A90A0960. GOMEZ et al. v. MARTA et al.
(414 SE2d 747)

BEASLEY, Judge.
Our reversal of the trial court's grant of MARTA's motion for directed verdict having been reversed by the Supreme Court in *MARTA v. Gomez*, 261 Ga. 617 (409 SE2d 35) (1991), our decision in *Gomez v. MARTA*, 197 Ga. App. 834 (399 SE2d 536) (1990), is hereby vacated and the judgment of the Supreme Court is made the judgment of this Court. The grant of MARTA's motion for directed verdict is affirmed.

*Judgment affirmed. Sognier, C. J., McMurray, P. J., Birdsong, P. J., Carley, P. J., Pope, Cooper, Andrews, JJ., and Judge Arnold Shulman concur.*

DECIDED DECEMBER 3, 1991.

*McKenney & Froelich, William J. McKenney, David M. Kupsky* for appellants.

*Pursley, Howell, Lowery & Meeks, Charles N. Pursley, Jr., Neely & Player, John T. Ruff,* for appellees.